FILED
November 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003099173

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ERNESTINE VASQUEZ,

    Debtor(s).
_____/

Case No.   10-14733-B-7

DC No.    JES-2

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY and PAY REAL ESTATE COMMISSION**

Date:   December 22, 2010
Time:   10:00 a.m.
Dept:   B

TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 04/30/10.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is 1527 S. Sierra Vista Ave. In Fresno County, bearing APN 471-082-13.

5. The trustee has obtained an offer from Juan Bustos, or nominee, to purchase the asset for $75,000 (less a secured lien of $32,146, to be paid through escrow; and a validly claimed exemption in the amount of $22,075); with a net amount to the estate of $20,779.

6. The trustee has agreed to pay a 6% commission in connection with the proposed sale.

7. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

9. Trustee has reviewed the tax implications of the sale and determined that there will be no negative tax consequences from sale.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Juan Bustos, or nominee, subject to higher and better offer at the hearing on confirmation of said sale.

DATED: 11/23/10

JAMES E. SALVEN, Chapter 7 Trustee
Movant